**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-1418**

───────────

ANGELA NAILS,

  Plaintiff - Appellant,

  v.

CORPORATE OFFICE OF DTLR VILLA,

  Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:21-cv-02199-GLR)

───────────

Submitted:  September 8, 2022                Decided:  September 12, 2022

───────────

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Angela Nails, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Nails appeals the district court's order dismissing her amended complaint for failing to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nails v. Corp. Off. of DTLR Villa*, No. 1:21-cv-02199-GLR (D. Md. Apr. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*